THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Will of JASON ROGERS, Deceased, Appellant, *v.* WILLIAM E. STILLINGS et al., Composing The Change of Grade Damage Commission in the City of New York, et al., Respondents.

*People ex rel. Central Trust Co.* v. *Stillings,* 136 App. Div. 438, affirmed. (Argued February 8, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1910, which dismissed a writ of certiorari and confirmed the proceedings of the defendant commissioners in refusing to include interest in an award of damages for a change of grade.

*Barclay E. V. McCarty, Jared G. Baldwin, Jr.,* and *John M. Harrington* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Stephen O'Brien* of counsel), for respondents.

Order affirmed, with costs, on opinion of SCOTT, J., below. Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.